UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAY MESSINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 1:16-cv-00211-SLR |
| PORTFOLIO BUSINESS | ) |
| MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### [PROPOSED] ORDER

Defendant, PORTFOLIO BUSINESS MANAGEMENT, INC., having failed to plead or otherwise defend in this action, and said default having been duly entered.

NOW, upon application of Plaintiff and affidavits demonstrating that Defendant owes Plaintiff the sum of $1,000.00, that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred attorney's fees and costs in the sum of $3,710.50.

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant, PORTFOLIO BUSINESS MANAGEMENT, INC., the sum of $4,710.50 with interest as provided by law.

Dated: 4/27/17      _____
                    ~~Deputy Clerk~~  U.S.D.J.